# <u>**Important Privacy Notice**</u>

Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, <u>personal identifying information in Court filings must be limited as follows</u>:

• Social security numbers, taxpayer-identification numbers, and financial **account numbers must include only the last four digits** (e.g., xxx-xx-1234)

• Birth dates must **include the year of birth only** (e.g., xx/xx/2000)

• Names of persons under the age of 18 must be indicated by **initials only** (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings. If your documents, including attachments, contain any information that does not comply with this rule, please black out that information before sending your documents to the Court.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Maureen Melissa Byam, Law Doctor of the United State

Virgin Islands & Virgin Island Citizens

_____
*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Pennsylvania Works et. al. Respondents

District 38 Montgomery County Judiciary

Montgomery County Election Board, Clerk

Montgomery County Clerks of Courts, office

Montgomery County Comptroller office

Montgomery County Sherrifs office

The Government of the US.Virgin Islands

33d Legislature of the US. Virgin Islands

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial:  ☒ Yes   ☐ No

(check one)

I.    **Parties in this complaint:**

A.    List your name, address and telephone number.  If you are presently in custody, include your identification number and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

| Plaintiff | Name | Maureen M. Byam |
| | Street Address | Lawdoctor100@gmail.com |
| | County, City | Montgomery County, Norristown |
| | State & Zip Code | 19401 |
| | Telephone Number | Lawdoctor100@gmail.com |

*Rev. 10/2009*

B.      List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name __Mont. County Board of Elections, Chief Clerk Lee Soltysiak__

Street Address __One Montgomery Plaza 425 Swede St. Suite 604__

County, City __P.O. Box 311 , Norristown__

State & Zip Code __Pa. 19401__

Defendant No. 2

Name __Montgomery County Judicial District #38__

Street Address __Montgomery County Ct. House__

County, City __2 E. Airy Street, P.O. Box 311  Norristown__

State & Zip Code __Pennsylvania 19404-0311__

Defendant No. 3

Name __Montgomery County Comptroller's Office /Accounts Payable__

Street Address __One Montgomery Plaza fifth floor, P.O.Box 311__

County, City __Montgomery County, Norristown__

State & Zip Code __19401__

Defendant No. 4

Name __The Government of the Virgin Islands__

Street Address __5047(21-22) Kongens Gade__

County, City __Saint Thomas ,Virgin Islands__

State & Zip Code __US. VI, 00802-6487__

## II.      Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C.  § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.      What is the basis for federal court jurisdiction? *(check all that apply)*
        Q  Federal Questions  x            Q  Diversity of Citizenship

B.      If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __United States Constitution Article VI Supremacy Clause; The United States Virgin Islands__ Authorization to "Reflect The United States Constitution" as their own Rattified by The United States ways and means C on April 2,2019 & Archived as a slip Law By US. President in April 30,2019...The office of Law Doctor Established.

C.     If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ___Pennsylvania_____

Defendant(s) state(s) of citizenship ___Pennsylvania_____

## III.   Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _The protracted issues began The first week of Octo

2020-November 3, 2020.Within One mongomery Plaza to meet with Dean Dertone to finalize settlement agreement.

B.    What date and approximate time did the events giving rise to your claim(s) occur? I called Mr. Dertone and gave notice of

my visit before appearing to meet with him. The Head Sheriff demanded I give him my paperwork, he had an arme

officer standing behind me. I was denied access to the building, then when I appeared to vote early...The same sheriff

and Montgomery County detectives followed me up to the voters polling office...I was denied my right as a covered voter to

cast my long absentee ballot and to vote in person in Pennsylvania State.

C.    Facts: On October 26, I was denied by Lee Soltysiak over 4x my right to vote.  I attempted

[What happened to you?]

to challenge the chief clerks unlawful reasons for denial, notwithstanding my showing my US. VI vote

registration...by reason of my Office as Special Counsel to theGovernment of the Virgin Islands the

US. V.I. Territory has the right to vote for the US President as of April 2,2019.  I initiated two challenges

to the election boards clerk's decision in the montgomery County Court House; due to malicious error in t

clerk of courts, they were both returned to sender...Thereby I Maureen Byam was not permitted to vote

outside of statutory prohibitions and remedies. I am in SHOCK!

_____

[Who did what?]

Due to oppression The Government of The Virgin Islands, Attorney General and the 33d legislature

Prevented Over 15 & 3/4 Districts From Voting unaminiously for the United States President who liber

and legitimized our standing politically and economically. As United States Citizens!

_____

[Was anyone else involved?]

See- Exhibit A for legal remonstrances and objections and appearance for this immediate matter

to be transferred to S.C.O.T.U.S.

_____

_____

_____

_____

[Who else saw what happened?]

_____

_____

_____

**IV.      Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

 Exhibit A- Remedies all legal injuries. _____

_____

_____

_____

_____

_____

_____


**V.      Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

 Ehibit A- Answers all remedy of law in applicable parts/applicable whole _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___9th___ day of __December_____, 20_20_.


Signature of Plaintiff ___/s/Maureen M. Byam_____

Mailing Address ___Lawdoctor100@gmail.com_____

_____

_____

Telephone Number _____

Fax Number *(if you have one)* _____

E-mail Address ___Lawdoctor100@gmail.com_____


<u>Note</u>:     All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.


<u>For Prisoners</u>:

I declare under penalty of perjury that on this ___10th___ day of __December_____, 20_20___, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern  District of Pennsylvania.


Signature of Plaintiff: ___/s/Maureen M. Byam_____

Inmate Number ___4,421,000,000._____