| | |
|---|---|
| **From:** | Maureen Byam <lawdoctor100@gmail.com> |
| **Sent:** | Tuesday, December 22, 2020 2:56 PM |
| **To:** | PAED Documents |
| **Subject:** | Re: My case must be transferred |

**CAUTION - EXTERNAL:**

The forms keep going blank on me🎶 the case is 20-cv-6261 and I do not consent to Mag. Robrenos or Rice screening my matter they have mishandled at least two of my criminal cases where in "I spent 4! Years in State Prison for spending too much time in the law library, it was deemed not to be in my best interest!🎶" My case has been on his desk COLLECTING DUST long enough...He shall recuse or I will have him impeached🎵

On Tue, Dec 22, 2020, 2:49 PM Maureen Byam <lawdoctor100@gmail.com> wrote:

> On Dec 22, 2020 1:50 PM, "Maureen Byam" <lawdoctor100@gmail.com> wrote:

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.