| | |
|---|---|
| **From:** | Maureen Byam <lawdoctor100@gmail.com> |
| **Sent:** | Thursday, January 7, 2021 6:38 AM |
| **To:** | PAED Documents |
| **Subject:** | Fwd: Let's Play In the Highest Light of US. Laws |

**CAUTION - EXTERNAL:**

This communication shall be filed of 20-cv-6261 and Jud Robreno Chamber information is not of public record...

---------- Forwarded message ---------
From: Maureen Byam <lawdoctor100@gmail.com>
Date: Thu, Jan 7, 2021, 6:34 AM
Subject: Let's Play In the Highest Light of US. Laws
To: <chambers_of_chief_judge_sanchez@paed.uscourts.gov>


In And For the United States District Courts Of Pennsylvania ED...
RE: Dk# 20-cv-6261

Byam v. Pennsylvania Works

I Maureen Byam, do affirm that I will faithfully execute My office as Law Doctor for the Eastern District Courts Of Pennsylvania; and will do equal right and justice to all men, to the best of my knowledge in legal substantiation expertise.

Reference* US Const. Art. II sec.2 clause 2. "The President shall have power...to make treaties...shall appoint...other public Ministers and consuls...and which shall be established by law..."

Reference* US. Const. Art. III sec. 2 clause 2 "The Supreme Court Shall have original jurisdiction...both as to law and fact, with such Exceptions...as congress shall make"

Reference* 3 U.S. Code sec. 302 SCOPE OF DELEGATION OF FUNCTION...in applicable whole.

Reference* 5 U.S. Code sec. 9202(c)(2)(B)... Limitations on requests for criminal history record information... Exceptions for certain positions... Compliance with civil rights federal laws...

Heretofore be it illuminated That the Original "Slip Law" authored Byam Maureen Byam was Authorized to be composed for the benefit of the Virgin Island Territory, by Quincy Mc Rae "the Criminal Chief of the VI. D.O.J." in June 2018. The document was sent to congressional House Judicial committee with my name as Law Doctor... Notwithstanding the illegitimate overt acts and ommissions of Attorney General and the Government of the United States Virgin Island; Maureen Byam has continued to perform as Law Doctor in deeds to protect the financial stability of the territory. The 3d Circuit Saint Croix division Chief Lewis owes the Law Doctor 36k for the administration of her courts May 8th, 2020 Voiding of the US Chamber of Judge Gomez for mar-administration and refusal to follow the commands of US. Statutes admitted of his case dockets, and oppression.

Wherefore be it illuminated that: as outlined in local rule 40.1... OBJECTION! Error in US Clerk's office as; it was their duty to assign this outstanding matter to an ACTIVE Chamber...Judge Robreno has a CLOSED Chamber as clearly stated on chamber voicemail. THEY KNEW!

Reference* 1 U.S. Code sec. 109 "Repeal of statutes as affecting existing liabilities"

Reference* 1 Pa. C. S. A. Sec. 708(a) ERROR IN CLERK OF COURTS{REPEALED}...in full effect for prosecution in individual capacity, culpably.

Reference* 1 U.S. Code sec. 113...slip laws ... Admissibility in evidence. In applicable whole.

See* Presidential Archive of April 30, 2019 a slip law for the US. VI. Compare with original to ESTABLISH classic case for the petitioner in St. Thomas Division 3d Circuit Dk#2019-50; 2019-51.

Heretofore be it enacted in accordance to local rule 40.1.1 Emergency Judge

As delineated in governing local rule 40.1(c)(1-2) Current US Judge Robreno Chamber is in violation of ; Pa. Const. Plan and frame for Governing...Section 26..." All Courts Shall be OPEN"

Heretofore be it resolved that US Judge Robreno shall POST-Haste Today January 7th 2021 of ED docket index 20-cv-6261 hand the matter up to the Chief Sanchez for reassignment to the legal Oversight of The Law Doctor of the US. VI Maureen Byam.

Be it further Ordered by The Eastern District Chief Judge Sanchez...

Reference*  42 U.S. Code 1983 Civil Action for deprivation of rights. In applicable whole.

Reference*US. Const. Art. III sec. 2 clause 2 ...in applicable whole...this case be sua sponte transferred to The Chief of S C.O.T.U.S. using S.C.O.T.U.S. Rule 23 admittance of the Law Doctor Maureen Byam.

Reference* 28 U.S. Code sec. 1348 Banking Association as Party...in applicable whole.

ORDERS resolved that;

docket # 20-cv-6261 may be resolved via Pennsylvania Treasury's Treasurer Stagnant Pool within Powerball not more than 500million to Maureen Byam in Immediate lines of secured credit pursuant to 12 US Code statutes in final settlement agreement with Montgomery County Board of Elections Chief Clerk

2016-78 spin off case civil forfeiture be resolved by final Order to Montgomery County Accounts Payable in the amount of 421million(in secured credit) and Pennsylvania Treasurer
In the amount of 4Billion(in secured credit) in the name of Maureen Byam utilizing repostyle transaction.

All other Orders shall be composed with the Chief of S.C.O.T.U.S., herein let the appropriate administration of these outstanding matters be post dated Dec.2020. I will subpoena the following US ED Judges and Magistrates Rice; Lawrence; Robreno; Stengel; Slomsky and Gardner to witness to the legal validity of their Rulings, Memorandums and Orders in ED docket indexes (not limited) 14-cv-3977; 14-cv-1295; 12-cv-2880;11-cv-3635; 11-cv-3634; 11-cv-2977; 11-cv-281; 7 misc-119;12-cv-4257.  For easy reference see applicable statutes initiated versus the mar- administration under the color of US Law, seditiously.

US Laws At Large,
/s/ Maureen Byam. Law Doctor of the United States Virgin Island Territory 4/30/2019

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.