This Skeletal legal skeletal frame is for the USE IN AND FOR THE UNITED STATES SENATE HOUSE JUDICIARY COMMITTEE… To be FORWARDED to WILLIAM BARR of Thee UNITED SATATES DEPARTMENT OF JUSTICE…To be FORWARDED to The UNITED STATES CHIEF OF STAFF GENERAL MARK A. MILLEY…To be HANDED up to THE PRESIDEN TOF THE UNITED STATES OF AMERICA DONALD J. TRUMP: For Post-Haste RESOLUTIONS!!!!

Composed by Law Doctor of THEE United State, Virgin Islands Maureen Melissa Byam.

On this 5th day of August in the year Two-Thousand and Twenty, at 5:23PM.

I, Maureen Melissa Byam do hereby invoke the United State Constitutional authorization of ARTICLE I § 1… clause 1 " All Legislative Powers herein granted shall be vested in a Congress of the United States…"

**Wherefore be it** enacted Post Haste and **RESOLVED** THAT: The United States Senate House Judiciary Committee SHALL be moved to Perform all of the Following Legal Demands as required by United States laws at large to " insure the domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity…"

**As Prescribed** upon the authority of US. Const. Art. I…§7 paragraph 2 in applicable whole. In applicable part Clauses 2, 3 & 4… "Shall, before it become law, be presented to the President of the United States…"

Wherefore be it enacted Post-haste and RESOLVED THAT:

**POINT 1** "The Lowering of the PANDEMIC within the United States of the CHINEESE COMMUNIST PARTY CORRINA PLAGE upon the citizens of the UNITED STATES at Large & The eradication of this dangerous MICROBE from our flora and fauna and its attack upon Humans with-in the lung cavity"

**Wherefore** be this illustrious Senate House Judiciary Committee: Informed by Doctor Robert Bollinger of Johns Hopkins University School of Medicine That: As instructed via multiple voice mail messages from Maureen Byam all Tests performed concluded (a) The CCP- Corina Microbe was immediately neutralized of all activity in the peaty dish tests…

**Thereby APPROVING 100%** the spraying of all cloud covers coming into the united states continent with 5% hydrogen peroxide powder solution that is an all-natural product; will kill the microbe immediately and is not damaging to our environments and will also filter the microbe from our fish that we consume from further contamination. And all rain falls will also eradicate the corona microbe from the surface of our vegetation and our soil.

**Wherefore** be this illustrious Senate House Judiciary Committee **FURTHER**: Informed that 3% peroxide that is easily available an all-natural substance and of no harm to the human body unless

ingested in the stomach or used rectally (because it would kill the natural microbe with-in the human body that communicates with the brain to maintain normal homeostasis with-in the human body) is the 100% immediate cure of the effects of CCP-Pneumonia effects to the human body which attack only in the lung cavity & the mechanism to introduce it directly into the human lung cavity is VIA a nebulizer w/mask attachment; which can be performed as often as deemed necessary( view it as gargling the lungs also rids the lung fungus called cancer)…do not add water to the 3% solution; is non-toxic to humans and safe for children and babies. We can also splice the ventilator tube and use this method to revive and heal all ventilated persons (use a suction apparatus to assist in the removal of the foam, the ventilated patient will at most gasp)…The ONLY side effect is that; The lung if infected by the microbe will automatically expel a foam, not at all bothersome like regurgitating from the stomach; the person or patient is no longer contaminate by the CCP-Corona Microbe when a clear mucous fluid becomes apparent.

**Heretofore be it RESOVED AND ENACTED POST-HASTE THAT:**

1. General Mark A. Milley, chairman of the Joint Chiefs of staff contact Maureen Byam Post Haste for instruction to the United States Departments: not limited to The Office of the Surgeon General; the National Institutes of Health; the Bureau of Medical Services & the Bureau of States Services. I Maureen Byam shall be reached at 1-340-201-1682 by August 12, 2020 before 3:15PM POST-Haste, without further undue delay; as duty requires.

   (i) The President of the United States Donald J. Trump contact Maureen Byam to receive the ONE PAGE STATE of the union Home re-entry plan for the citizens of the United States in the Hand of A Doctor of Family Therapy for purchase to the Government of the United States of America at 1-340-201-1682 by Thursday August 13, 2020.
   (ii) …The Gov. of the United States by law does not have to divulge the fact that 3% Hydrogen Peroxide is the medicine to maintain the value of the cure, be advised.
   (iii) …
   (iv) The 100% all natural cure to the CCP-Corona Microbe will then belong to the Government of the United States for export and sale to the world via the United Nations.
   (v) …
   (vi) The united States Government will recoup the costs of purchase from the states medical benefits programs; Credit or UDS; by charging 5.00 USD per person treated within the US.; and to ensure that even the least of them are treated the STATE Welfare benefit card is all that be presented to treat the member of those households.
   (vii) …
   (viii) The United State, Virgin Islands will build or outfit facilities to export nebulizers we build and peroxide we synthesize from out isle of Saint Croix to all islands

below our territory as well as to the tip of South America and Africa: The funds to implement these projects will derive from the release of our RUM ESCROW ACCOUNTS from the FRS/FDIC agencies post-haste upon hand deliver of Law Doctor, Maureen Byam presentment of legal DEMAND: For severance of conservatorship of our funds by ORDER of The United States Virgin Island with-in 3 business days-to the Office of Currency Control.

(ix) …

**POINT 2**: "The Disbanding of Public Peace officers outlawing their possession of Fire arms; Taser Guns and Billy clubs against all United States Citizens at large"

AFFIDAVIT of PROBABLE CAUSE of "unreasonableness of peace officer's against persons of color" in violation of our US. Const. Legitimacy Ratified by US. Congress on April 2, 2019 ; Authorized, Signed & Archived by the President of the United States Donald J. Trump on April 30, 2019: For The United State, Virgin Islands Territory. The Origins of all African Americans with-in the United States, to date.

For Immediate Personal commentary of the illegal use of force against the persons of Maureen Byam on July 20-22, 2020 by the North Carolina Peace officers;

Procure the multiple 911 recorded conversations of this event from the Greensborough 911 dispatcher; if it is not available procure it from the FBI (Headquarters Washington DC) or CIA (Headquarters "Langley" Virginia): Who came to my immediate assistance.

This recording is to be reviewed by US. Attorney General William Barr and released publicly with-in the US.

The Questions should be asked as it relates to the recent riots. Across America…Why? Do the protesters stand outside of the Police Departments? (Answer) Because the police are acting as JUDGES and EXOCUTINERS against the African Americans across the nation without due process of nor equal protection of our human rights and NOW Constitution Guarantees- Approved by our US. President Trump.

**Wherefore** be it considered by William Barr, US. AG. That Peace officers of all United States are to be remanded back down to their original "Ticket Writing Authority" & the "Stop and frisk is an infringement of the personal rights of all united states citizens."

**Heretofore, be it Resolved and enacted** upon the Numerous Const. Articles & Amendment for the protection of US. Citizens NOW here-in LEGITIMIZED under the Laws of the US. Relating to rights Guaranteed, due process, privileges and Immunities and equal protection too numerous to list in this summation Shall be COVERED HERE-BY; post-haste by Wednesday August

Case 2:20-cv-06261-ER   Document 7   Filed 03/26/21   Page 4 of 4
Page 4 of 4

12,2020 to all peace officer department heads with-in the legal jurisdiction of the US, without FURTHER undue infringement upon the HONORABLE US JUDICIARY ROLES.

**Heretofore be it FURTHER GRANTED and RESOLVED** by this illustrious Senate House THAT:

US. Attorney General William Barr Call Maureen Byam Directly to oversee the outstanding Collection of Class Action against Montgomery County of Pennsylvania State & The State of Pennsylvania won by the Class Representative and Petitioner, POST-HASTE as admitted of all records by reason of US Laws initiated and deemed repugnant under the "color of US Law/office" at 1-340-201-1682.

In Conclusion, this summation of the current outstanding legal matters within the UNITED STATE… all have legal foundations that I shall provide readily to all United States departments; cabinets'; and chief officers upon request for in depth legal parameters' are available upon request.

I am offering you all the legal solution to the matter's that plague the reputation and standing upon the world's stage, this is all of our duty to move POST-HASTE up the CHAIN of COMMAND. Smile, we will prevail ALL!!! Reading from the same page of law!

I also have the Legal solution to deal with CHINAS attack against the WORLD, all I require at this juncture is the UN Member State Contract to provide the President with his legal Authorization to Move the UN WAR COUNCIL to act with immediate diplomacy with NO PUSH BACK from the Chinese Communist Party.

United States Laws at large,
/s/ Maureen Melissa Byam
Lawdoctor100@gmail.com
340-201-1682 direct line.

COMPLETED at 8:12 PM August 6,2020