| | |
|---|---|
| **From:** | Maureen Byam <lawdoctor100@gmail.com> |
| **Sent:** | Friday, March 26, 2021 3:57 PM |
| **To:** | PAED Documents |
| **Subject:** | Re: Dk#20-cv-6261 |
| **Attachments:** | 20200807001222.pdf |

**CAUTION - EXTERNAL:**

please attach this Notice Document for this matter shall be handed up to S.C.O.T.U.C. by the end of today 

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.