IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAUREEN MELISSA BYAM,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 20-CV-6261** |
| | : | |
| **PENNSYLVANIA WORKS,** *et al.*, | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this **30th** day of **March, 2021**, in light of *pro se* Plaintiff Maureen Melissa Byam's failure to either pay the fees to commence this civil action or file a new application to proceed *in forma pauperis* as directed by this Court's Order entered on February 24, 2021 (ECF No. 6),[1] which (1) granted her thirty (30) days to do so and (2) warned her that if she failed to comply with the Order[2] that this case would be dismissed without prejudice for failure to prosecute, it is **ORDERED** that:

1. Byam's case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**

---

[1] Due to measures taken in connection with the COVID-19 pandemic, Byam was served with the Order by email at the email address she provided to the Court. Nothing on the docket suggests that she did not receive notice of the Order.

[2] After the Court issued the February 24, 2021 Order (ECF No. 6), Byam submitted a "Notice" to the Court on March 26, 2021. (*See* ECF No. 7.) Byam's Notice does not address the Court's previous directive requiring Byam to either pay the filing fee or file a new application to proceed *in forma pauperis* as set forth in the February 24, 2021 Order. (*See* ECF No. 6 at 1.) Accordingly, this filing is non-compliant and does not raise any issues that preclude the Court from dismissing this case for failure to prosecute.